# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | | |
|---|---|---|
| **Janice C. Fornaro,** ) | C/A No. 0:23-5204-MGL | |
|     **Plaintiff,** ) | | |
| ) | | |
| vs. ) | **ORDER OF DISMISSAL** | |
| ) | | |
| **Lennar Carolinas, LLC,** ) | | |
|     **Defendant/Third Party Plaintiff,** ) | | |
| ) | | |
| **Sanchez Concrete Co., Inc., Queens Dozer** ) | | |
| **Service, LLC.** ) | | |
|     **Third Party Defendants.** ) | | |
| ) | | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either may within sixty (60) days petition the court to enforce the settlement. Fairfax Countywide Eitizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994)

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within sixty (60) days from the filing date of this order.

**IT IS SO ORDERED.**

                                                s/Mary Geiger Lewis
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE

June 28, 2024
Columbia, South Carolina